IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Kimmie Heaton, | Civil Action 2:19-cv-00540-RMG-MGB |
| Plaintiff, | |
| vs. | Notice of Settlement of All Claims |
| Brian Stirling, Noel Ezike, Donna Hawthorne, Dr. John McRee, Terre Marshall, Dr. Patricia Carney | |
| Defendants. | |

Pursuant to this Court's Mediation Order, dated March 9, 2021, EN 191, the undersigned hereby advises the Court that the Parties engaged in Mediation today, March 31, 2021, and successfully resolved all claims between all parties. A trial on the merits will not be necessary.

Respectfully submitted,

KASSEL MCVEY, ATTORNEYS AT LAW

BY:  s/ John D. Kassel
JOHN D. KASSEL, Federal ID 2278
THEILE B. MCVEY, Federal ID 7614
Post Office Box 1476
Columbia, South Carolina 29201
803/256-4242

This 31st Day of March 2021

Columbia, South Carolina